UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 07-79 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| CARLOS ZUNIGA-BONILLA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

    Illegal Reentry after Deportation

Date of Detention Hearing:  Initial Appearance: February 15, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant is reportedly a citizen of Honduras.

DETENTION ORDER  
18 U.S.C. § 3142(i)  
PAGE 1

15.13  
Rev. 1/91

01       (2)      The United States alleges that his presence in this country is illegal. There is an

02 immigration detainer pending against him. The issue of detention in this case is therefore

03 essentially moot, as the defendant would be released to immigration custody if not detained in this

04 case.

05       (3)      Defendant and his counsel offer no opposition to the entry of an order of detention.

06       (4)      Upon advice of counsel, defendant declined to be interviewed by Pretrial Services.

07 Therefore, there is limited information available about him.

08       (5)      There does not appear to be any condition or combination of conditions that will

09 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

10 to other persons or the community.

11 It is therefore ORDERED:

12       (1)      Defendant shall be detained pending trial and committed to the custody of the

13                    Attorney General for confinement in a correction facility separate, to the extent

14                    practicable, from persons awaiting or serving sentences or being held in custody

15                    pending appeal;

16       (2)      Defendant shall be afforded reasonable opportunity for private consultation with

17                    counsel;

18       (3)      On order of a court of the United States or on request of an attorney for the

19                    Government, the person in charge of the corrections facility in which defendant is

20                    confined shall deliver the defendant to a United States Marshal for the purpose of

21                    an appearance in connection with a court proceeding; and

22       (4)      The clerk shall direct copies of this Order to counsel for the United States, to

01          counsel for the defendant, to the United States Marshal, and to the United States

02          Pretrial Services Officer.

03      DATED this 15th day of February, 2007.

  
05                                          /s/ Mary Alice Theiler  
                                            Mary Alice Theiler  
                                            United States Magistrate Judge

DETENTION ORDER                                                               15.13  
18 U.S.C. § 3142(i)                                                      Rev. 1/91  
PAGE 3